USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA       :   **ORDER**
                                       :
  - v. -                       :  **19 Cr.651 (LTS)**
                                       :
MIRCEA CONSTANTINESCU et al.   :
                                      :
                Defendants.  :
                                       :
- - - - - - - - - - - - - - - - - - X

        Upon the application of the United States of America and the affirmation of Daniel M. Loss, Assistant United States Attorney for the Southern District of New York, it is found that the number of victims in the above-captioned case makes it impracticable to accord all of the victims of the charged offenses the rights described in Title 18, United states Code, Section 3771(a).

        It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims' rights are a reasonable procedure that will give effect to Title 18, United States Code, Section 3771, without unduly complicating or prolonging the proceedings in this matter.

        Accordingly, it is hereby ORDERED

        That the following procedures are a reasonable procedure giving effect to the notification rights contained in Title 18, Untied States code, Section 3771(a):

        a.  The Government will maintain a notice (the "Notice") regarding this case online at https://www.justice.gov/usao-sdny/united-states-v-constantinescu-et-al-19-cr-651-lts.

  b. The Notice will contain the following information:

  i. The caption, case number, assigned judge, and names of the defendants;

  ii. A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

  iii. A listing of public proceedings scheduled in the case; and

  iv. The name and contact information for a United States Attorney's Office official with responsibility for addressing victims' rights.

  4. In addition, the Government will continue to update the internet posting relating to this case to reflect scheduled court and public proceedings, within a reasonable period of time of such scheduling;

  5. The Notice will specify that the Court, in order to conduct orderly proceedings and to maintain a reasonable schedule, requires advance notice from victims who wish to be heard during court proceedings such as plea proceedings and sentencings. Based on the number of victims who provide such notice, the Court will rule on the manner in which victims will be heard at such proceedings.

Dated: New York, New York
    December 4, 2019

        SO ORDERED:

        _____
        HON. LAURA TAYLOR SWAIN
        United States District Judge