```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,
                                                            No. 19 CR 651-LTS
                    Plaintiff,

    -against-                                               ORDER

CONSTANTINESCU et al.,

                    Defendants.
-------------------------------------------------------x
```

## ORDER

Tejinder Bains, counsel for Mircea Constantinescu, has informed the Court that he previously represented defendant Florian Martin in a separate matter. The Government, by letter dated February 7, 2020 (Docket Entry No. 158), requests a <u>Curcio</u> hearing to advise Constantinescu of his right to conflict-free representation and to inquire of Martin whether he consents to Bains' representation of Constantinescu.

Accordingly, the Court hereby directs Mircea Constantinescu, Florian Martin, Tejinder Bains, Edward Sapone, and counsel for the government to appear for a <u>Curcio</u> hearing on **February 25, 2020, at 11 a.m.** in courtroom 17C.

SO ORDERED.

Dated: New York, New York
       February 11, 2020

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge