# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

July 8, 2020

**BY ECF AND EMAIL**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
SwainNYSDCorresp@nysd.uscourts.gov

MEMO ENDORSED

RE:   *United States v. Constantinescu, et al.*, **19-cr-651 (LTS)**

Dear Judge Swain:

I am writing in response to the June 30, 2020 email that I received from Your Honor's chambers about the status conference scheduled for July 15, 2020. As Your Honor requested, I have been in touch with the prosecutors and canvassed defense counsel. All counsel agree that an in-person conference with all defendants is not feasible now. Accordingly, we respectfully request that Your Honor adjourn the July conference to a date in mid-September 2020. All defense counsel join in this request and agree to the exclusion of this time under the Speedy Trial Act, 18 U.S.C. § 3116(h)(7)(A). The Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   All counsel (by email and ECF)

The application is granted. The conference is adjourned to 9/18/2020 at 2:00 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 9/18/2020 outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.
SO ORDERED.
Dated: 7/9/2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC