UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                        No. 19 CR 651-LTS

CONSTANTINESCU et al.,

       Defendants.

--------------------------------------------------------x

## ORDER

Defense counsel who were appointed pursuant to the Criminal Justice Act ("CJA") are directed to contact Alan Nelson, the CJA budgeting attorney, at Alan_Nelson@ca2.uscourts.gov promptly to formulate budgets, if they have not already done so.

SO ORDERED.

Dated: New York, New York
       October 13, 2020

                                                      /s Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge