UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No.  19-CR-651-LTS

FLORIAN CLAUDIU MARTIN,

                                                            ORDER

        Defendant.

-------------------------------------------------------x

The Court has received Mr. Martin's letter regarding discovery.  (Docket Entry No. 534.)  The parties are hereby directed meet and confer promptly and to file a status report by **March 19, 2021**, regarding the provision of accessible discovery.

        SO ORDERED.

Dated: New York, New York
       March 10, 2021

                                                          ___/s/ Laura Taylor Swain_____
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge