

April 7, 2021

**VIA ECF**
Hon. Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Raul Vidrasan,* 19 Cr. 651 (LTS)

Dear Judge Swain:

My client in the above-captioned case is currently scheduled to be sentenced by this Court on April 22, 2021. Per the Court's Individual Practices, Defendant's sentencing submission is due April 8, 2021, and the Government's submission is due April 15, 2021.

I write to respectfully request a two-week adjournment of the sentencing date and submission deadlines for both Parties. As the Court is aware, I communicate with Mr. Vidrasan through an Italian interpreter, which limits the number of topics we can discuss in our conferences. A two-week adjournment would allow me time to review the final disclosure of the Presentence Report in depth with my client, finalize any objections he may have to it, and continue preparing and reviewing with him my sentencing submission.

Accordingly, I respectfully request that the Court adjourn the sentencing hearing to May 6, May 11, or the morning of May 14, 2021, or to another date and time that is convenient for the Court.

The Government, through AUSA Robert Sobelman, indicated it has no objection to this request.

Thank you for the Court's consideration of this letter motion.

The application is granted.  The sentencing is adjourned to May 6, 2021, at 11AM and the related deadlines are modified accordingly.  DE# 579 resolved.
SO ORDERED.
Dated:4/7/2021
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Raul Vidrasan*

cc:   Elizabeth Hanft, AUSA (via ECF)
      Robert Sobelman, AUSA (via ECF)
      Samuel Rothschild, AUSA (via ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com