# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner<br>Edward V. Sapone, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate<br>Michael Vitaliano, Esq., Associate |
| <u>MANHATTAN</u><br>1 Penn Plaza, Suite 5315<br>New York, New York 10119<br>Telephone: (212) 349-9000<br>Facsimile: (212) 349-9003<br>E-mail: ed@saponepetrillo.com | <u>LONG ISLAND</u><br>1103 Stewart Avenue, Suite 200<br>Garden City, New York 11530<br>Telephone: (516) 678-2800<br>Facsimile: (516) 977-1977<br>E-mail: william@saponepetrillo.com |

April 8, 2021

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<h2><u>MEMO ENDORSED</u></h2>

Re:   *United States v. Constantinescu, et al.*
      <u>Dkt. No.: 19-CR-651</u>

Dear Judge Swain:

    I am CJA counsel to Defendant Florian Martin. Mr. Martin is currently scheduled for a remote conference before Your Honor on April 23, 2021. I write to respectfully request a one-month adjournment of the scheduled conference date.

    We continue to engage the government in plea negotiations and to review discovery. Mr. Martin, who remains in custody at the MCC New York, recently gained access to a 10TB hard drive of discovery. Mr. Martin in continuing to review this discovery so that he may participate in his own defense as well as the plea bargaining process. For these reasons, we are respectfully requesting a one-month adjournment.

    I have spoken with the government, by AUSA Elizabeth Hanft, who consents to this request.

    Mr. Martin consents to the exclusion of time from the speedy trial clock from today through whichever date is convenient to the Court.

    The Court's consideration is greatly appreciated.

The application is granted. The conference is adjourned to May 21, 2021, at 11:00 a.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through May 21, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.
SO ORDERED.
Dated: 4/8/2021
/s/Laura Taylor Swain, USDJ

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone, Esq.

Cc: Elizabeth Hanft, Esq.
Assistant United States Attorney

Robert Sobelman, Esq.
Assistant United States Attorney

Samuel Rothschild, Esq.
Assistant United States Attorney