

VIA ECF
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

April 21, 2021

## MEMO ENDORSED

Re:   *United States v. Raul Vidrasan,* **19 Cr. 651 (LTS)**

Dear Judge Swain:

My client in the above-captioned case is currently scheduled to be sentenced by this Court on May 6, 2021. We have mailed a copy of the April 16th Final PSR to Mr. Vidrasan, but he has not yet received it. Mr. Vidrasan would like to review the Final PSR and a draft of the sentencing submission before I file it. For these reasons, I respectfully request approximately a two-week adjournment of the sentencing date and the submission deadlines for both Parties.

I have conferred with AUSA Samuel Rothschild and he informs me that the Government does not object to this request. The Parties are both available on the following days:

- May 19th,
- May 24th,
- May 26th, and
- May 27th.

Thank you for the Court's consideration of this letter motion.

The sentencing is adjourned to May 19, 2021, at 9:00 a.m.
SO ORDERED.
4/21/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Raul Vidrasan*

cc:   Elizabeth Hanft, AUSA (via ECF)
      Robert Sobelman, AUSA (via ECF)
      Samuel Rothschild, AUSA (via ECF)