UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                             No.  19 CR 651-LTS

FLORIAN CLAUDIU MARTIN,

       Defendant.

--------------------------------------------------------x

<u>ORDER</u>

The Court has received a letter from Mr. Martin relating to defense representation matters that the Court will file under seal and provide to defense counsel of record, Mr. Edward Sapone. Defense counsel is directed to meet with the Mr. Martin to discuss the issues raised in the letter , confirm to the Court promptly that the discussion has taken place, and inform the Court if any further action is necessary with respect to the matter.


    SO ORDERED.

Dated: New York, New York
      November 8, 2021

                                 _/s/ Laura Taylor Swain____
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge