Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

December 16, 2021

**BY ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Constantinescu et al.*, No. 19 Cr. 651 (LTS)

Dear Judge Swain:

On behalf of defendants Ionela Constantinescu, Mircea Contantinescu, Cristian Costea, Peter Samolis, Iuliana Mihailescu and Florian Martin, and the Government we write to request a sixty-day adjournment of the upcoming status conference. Ms. Constantinescu and the above-named co-defendants are all out of custody.

The parties do not currently have any issues to raise with the Court. We are reviewing the voluminous discovery produced by the Government and exploring with our clients and the Government the possibility of pre-trial dispositions. Should the Court grant this request, we have no objection to an exclusion of time under the Speedy Trial Act through the re-scheduled date.

Respectfully submitted,

[Signatures on following page]

---

The foregoing adjournment request is granted.  The Court hereby schedules the next conference in this matter for March 14, 2022, at 2:00pm.  Speedy trial time has been excluded in this action through June 2022.  Dkt. no. 942 resolved.  SO ORDERED.
12/16/2021
/s/ Laura Taylor Swain, Chief USDJ

Hon. Laura Taylor Swain December 16, 2021
Re: *United States v. Constantinescu et al., No. 19 Cr. 651 (LTS)* Page 2 of 2

/s Ezra Spilke
Ezra Spilke
Jacob Barclay Mitchell, Of Counsel
1825 Foster Avenue Suite 1K
Brooklyn, NY 11230
(718) 783-3682
Ezra@spilkelaw.com
*Counsel for Ionela Constantinescu*

/s Jake Lasala
125-10 Queens Boulevard - Suite 320
Kew Gardens, NY 11415
(718) 261-7695
Email: jlasalaesq@aol.com
*Counsel for Cristian Costea*

/s Dawn Marcella Cardi
Cardi & Edgar LLP
99 Madison Avenue, 8th Floor
New York, NY 10016
(212) 481-7770
Email: DCardi@CardiEdgarLaw.com
*Counsel for Iuliana Mihailescu*

/s Samuel Philip Rothschild
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007
212-637-2504
Email: samuel.rothschild@usdoj.gov
*Counsel for the Government*

/s Meredith Stacy Heller
Law Office of Meredith S. Heller PLLC
99 Park Avenue, PH Suite
New York, NY 10016
(646) 661-1808
Email: msheller@mshellerlaw.com
*Counsel for Mircea Constantinescu*

/s Michael H. Sporn
Law Office of Michael H. Sporn
299 Broadway Suite 800
New York, NY 10007
(212) 791-1200
Email: mhsporn@gmail.com
*Counsel for Peter Samolis*

/s Edward Vincent Sapone
Sapone & Petrillo, LLP
40 Fulton Street
17th Floor
New York, NY 10038
(212) 349-9000
Email: ed@saponepetrillo.com
*Counsel for Florian Claudiu Martin*

cc: All counsel of record by ECF