UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | ORDER |
| MIRCEA CONSTANTINESCU, NIKOLAOS, LIMBERATOS, ALIN HANES CALUGARU, FLORIAN CLAUDIU MARTIN, and ALEXANDRU RADULESCU, | : : : | |
| Defendants. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The above defendants having been reassigned to this Court on February 3, 2022,

IT IS HEREBY ORDERED that:

1. The status conferences previously scheduled are cancelled;

2. There will be a status conference as to the above defendants on March 4, 2022, at 11:00 a.m.;

3. Any motions *in limine,* proposed jury charges, and, if the parties wish, proposed *voir dire,* are due on or before May 20, 2022;

4. Responses to any motions are due by June 3, 2022;

5. There will be a final pretrial conference on June 15, 2022, at 4:00 p.m.;

6. The trial of this matter is being scheduled for Tuesday, June 21, 2022, at 9:30 a.m.; and

7. The parties should be aware that although the Court is submitting the jury request for this trial to begin on June 21, 2022, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the second quarter of 2022.

The Court will notify the parties as soon as the second quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
      February 7, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.