UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | <u>ORDER</u> |
| MIRCEA CONSTANTINESCU, NIKOLAOS, LIMBERATOS, ALIN HANES CALUGARU, FLORIAN CLAUDIU MARTIN, and ALEXANDRU RADULESCU, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Tuesday, June 21, 2022.

IT IS HEREBY ORDERED that the following dates in the Order dated February 7, 2022 [Doc. No. 978], remain as set:

1. Any motions in limine, proposed jury charges, and, if the parties wish, proposed voir dire, are due on or before May 20, 2022;

2. Responses to any motions are due by June 3, 2022;

3. There will be a final pretrial conference on June 15, 2022, at 4:00 p.m.; and

4. The trial of this matter is being scheduled for Tuesday, June 21, 2022, at 9:30 a.m.

Dated: New York, New York
       March 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.