UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | ORDER |
| MIRCEA CONSTANTINESCU, NIKOLAOS, LIMBERATOS, ALIN HANES CALUGARU, FLORIAN CLAUDIU MARTIN, and ALEXANDRU RADULESCU, | : : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court having received the government's letter dated April 8, 2022 [Doc. No. 1044],

IT IS HEREBY ORDERED that the defendants are directed to respond to the government's proposal in the letter on or before April 15, 2022.

Dated: New York, New York
       April 8, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.