UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
|---|---|---|
| -v- | : | <u>ORDER</u> |
| MIRCEA CONSTANTINESCU, NIKOLAOS, LIMBERATOS, ALIN HANES CALUGARU, FLORIAN CLAUDIU MARTIN, and ALEXANDRU RADULESCU, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

  This matter has been set for trial commencing June 21, 2022, at 9:30 a.m. On April 8 the government proposed that if all five defendants remain in this case, the trial proceed as two sequential trials with defendants Limberatos, Radulescu, and Calugaru proceeding to trial on June 21, with defendants Martin and Constantinescu to be tried following the conclusion of the first trial. On April 15 counsel for Limberatos, Radulescu and Calugaru indicated that they had no objection to that division. The court wishes to make it clear that since there may be fewer than five defendants who proceed to trial on June 21, counsel for all five defendants should be prepared at this time to proceed to trial on June 21, 2022.

  The dates in the March 3, 2022 Order [Doc. No. 651], remain as previously set: motions in limine, proposed jury charges, and, if the parties wish, proposed voir dire, are due by May 20, 2022; responses to any motions are due by June 3, 2022; the final pretrial conference remains on June 15, 2022, at 4:00 p.m. in Courtroom 23A.

Dated: New York, New York
   April 18, 2022

                  SO ORDERED:

                  Sidney H. Stein, U.S.D.J.