UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | ORDER |
| MIRCEA CONSTANTINESCU, NIKOLAOS, LIMBERATOS, ALIN HANES CALUGARU, FLORIAN CLAUDIU MARTIN, and ALEXANDRU RADULESCU, | : : | |
| Defendants. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the trial in this action is adjourned to June 27, 2022, at 9:30 a.m., in Courtroom 23A. All other dates in the Order dated March 3 [Doc. No. 1018] remain as set.

Dated: New York, New York
       May 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.