

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2022

**MEMO ENDORSED**

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, New York 10007

*May 13, 2022*

*In light of the adjournment of this trial until June 27, all below dates are adjourned by one week.*

*So ordered,*

*Sidney H. Stein, USDJ*

Re:  *United States v. Mircea Constantinescu, Nikolaos Limberatos, Alin Hanes Calugaru, Florian Claudiu Martin, and Alexandru Radulescu,*
19 Cr. 651 (SHS)

Dear Judge Stein:

On April 8, 2022, the Government submitted a letter proposing groupings of trial defendants "[i]n th[e] event" that "all five defendants cannot be tried during [one] trial." (Dkt. 1044). On April 18, 2022, the Court entered an order suggesting that the Government had proposed that "the trial proceed as two sequential trials." (Dkt. 1054). For avoidance of doubt, the Government respectfully writes to clarify that it is the Government's preference to try all five defendants in a single trial, if that is permitted. It is only if a five-defendant trial will *not* be permitted (*i.e.*, only if the defendants will need to be separated across more than one trial) that the Government respectfully requests that the Court group the defendants as proposed in the Government's April 8, 2022 letter.

Additionally, the Government and counsel for the defendants jointly and respectfully write to propose an agreed-upon schedule governing certain pretrial matters, which have not already been scheduled by the Court. The parties respectfully request that the Court adopt and "so order" the following proposed schedule, contingent on trial proceeding on June 21, 2022:

| | |
|---|---|
| May 13, 2022: | Government expert disclosures and 404(b) notice due. |
| May 23, 2022: | Upon receipt of reasonable stipulations, Government produces Jencks Act material and *Giglio* material identified as of that date. |
| | Defense produces any Rule 16. |
| May 27, 2022: | Government produces witness list and exhibits identified as of that date (with exhibits continuing to be produced on a rolling basis). |
| May 31, 2022: | Defense expert disclosures due. |

June 3, 2022:            Defense produces witness list and Rule 26.2 materials.

Defense produces exhibits (identified as of that date), including both (a) any non-impeachment exhibits to be offered through Government witnesses or otherwise during the Government's case; and (b) any exhibits to be offered in the defense case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Elizabeth A. Hanft
Samuel P. Rothschild
Maggie Lynaugh
Assistant United States Attorneys
(212) 637-2334/2504/2448

cc (by ECF):    Meredith Stacy Heller, Esq. (counsel for Mircea Constantinescu)
Jeffrey Lichtman, Esq., Jeffrey Einhorn, Esq. (counsel for Nikolaos Limberatos)
Jill R. Shellow, Esq., Gary Kaufman, Esq. (counsel for Alin Hanes Calugaru)
Edward Sapone, Esq. (counsel for Florian Claudiu Martin)
James Branden, Esq. (counsel for Alexandru Radulescu)