UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,           :      19-Cr-651 (SHS)

       -v-                     :      <u>ORDER</u>

FLORIAN MARTIN,                :

         Defendant.       :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     IT IS HEREBY ORDERED that the sentencing of defendant is adjourned to September 1, 2022, at 4:00 p.m.

Dated:  New York, New York
        August 5, 2022

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.